ACCEPTED
03-15-00497-CV
6932912
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 2:01:48 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00497-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 2:01:48 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AT AUSTIN, TEXAS

KAREN E. LANDA,
Appellant

v.

CHARLES L. FARRIS,
Appellee.

On Appeal from the 98th Judicial District Court, Travis County
Honorable Judge Triana Presiding

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**HANCE SCARBROUGH LLP**
Terry L. Scarborough
State Bar No. 17716000
TScarborough@hslawmail.com
V. Blayre Pena
State Bar No. 24050372
BPena@hslawmail.com
400 W. 15th Street, Ste. 950
Austin, TX 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891
**ATTORNEYS FOR APPELLANT**
**KAREN E. LANDA**

**THE CRONFEL FIRM**
Guillermo Ochoa-Cronfel
State Bar No. 15175600
Guillermo@thecronfelfirm.com
2700 Bee Cave Rd.
Austin, TX 78746
Telephone: (512) 347-9600
Facsimile: (512) 347-9911
**ATTORNEYS FOR APPELLEE**
**CHARLES L. FARRIS**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant Karen E. Landa files her first motion for an extension of time to file Appellant's Brief on the Merits. In support of this Motion, Appellant would show unto the Court the following:

1. This is an accelerate appeal from the trial court's denial of Appellant's special appearance.

2. The Appellant's brief is currently due on September 21, 2015, which is approximately 20 days after the date the reporter's record was filed.

3. Appellant requests an extension of 30 days to file her brief, through and until October 21, 2015.

4. Appellant requests this extension because lead counsel for Appellant is celebrating his 25 year wedding anniversary on September 15, 2015, and is going out of town with his wife to celebrate it.

5. Appellant further requests this extension to determine whether the trial court will submit findings of fact and conclusions of law. Appellant requested the discretionary findings on August 11, 2015, and subsequently sent a second request on September 10, 2015. Pursuant to Tex. R. Civ. P. 297, if the Court is inclined to issue said findings, the court is allowed an additional ten days from the second notice, which would run on September 20, 2015. Since September 20th is a Sunday, the findings could be filed on Monday, September 21, 2015, the same day

2

Appellant's brief is due. While the trial court's staff attorney has indicated the court is not inclined to issue discretionary findings for an interlocutory appeal, Appellant would prefer to wait until the deadline has passed just in case there is any chance the trial court changes its mind. Findings of fact would be extremely useful in preparing Appellant's arguments for this appeal.

6. This is Appellant's first request for an extension.

7. This motion is not being filed for purposes of delay, but rather so justice may be done in this case.

For the reasons stated, Appellant, Karen E. Landa respectfully requests an extension of 30 days, through and until October 21, 2015, to file Appellant's Brief on the Merits.

Respectfully submitted,

HANCE SCARBOROUGH, LLP
400 W. 15th Street, Ste. 950
Austin, Texas 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891

By: _____
Terry L. Scarborough
State Bar No. 17716000
tscarborough@hslawmail.com
V. Blayre Pena
State Bar No. 24050372
bpena@hslawmail.com

3

## CERTIFICATE OF CONFERENCE

I emailed Guillermo Ochoa-Cronfel, attorney for Appellee, on September 14, 2015, and Mr. Ochoa-Cronfel responded on the same day that he is opposed to this motion.

Terry L. Scarborough

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on the following counsel of record on September 15, 2015, via certified mail, return receipt requested, and/or the electronic filing system:

Guillermo Ochoa-Cronfel
THE CRONFEL FIRM
2700 Bee Cave road, Suite 103
Austin, Texas 78746
512-347-9600
512-347-9911 fax

Terry L. Scarborough

4